1817.

METHODIST EPISCOPAL CHURCH and others *against* JAQUES and others.

Where the fund was clear, and the rights of the respective parties ascertained, the court directed, pending the account, a part of the monies to be paid to the solicitor of infant plaintiffs, towards further defraying the past and future expenses of the suit, and the interest on the residue of the portion coming to such infants, to be paid, as it accrued, to their mother, for their necessary maintenance and education.

PETITION, stating the substance of the pleadings and decretal orders and sales, and other proceedings in this cause, and that the cause now stands on exceptions to the master's report, and that the defendant threatens to prosecute this cause further by appeal, and that all the plaintiffs stand in need of pecuniary aid, to enable them to carry on this expensive litigation, and that the infants, who are plaintiffs, are in want of monies for their necessary maintenance and education, and stating that a large sum of money is now in court, accumulating in the hands of the assistant register, and that one third of it belongs of right, according to the said decretal orders, to the trus-

1817.

METHO. EPIS.
CHURCH
v.
JAQUES.

tees, and one third of it to the infants, and the other third to the defendant *J. D. Jaques;* and praying that one third of the said funds in the hands of the assistant register, to the credit of this cause, may be paid to the said trustees, and a reasonable portion of one other third, to the solicitor and counsel of the said infants, towards the past and future expense of this cause, and that the income and produce of the residue of the said third part, may be appropriated towards their requisite maintenance and education, and that a receiver may be appointed, to take the securities, and collect the debts due to the estate of *Mary Jaques,* deceased, for the benefit of the parties to this suit, who are her residuary legatees, &c.

*Riggs* and *Harrison,* for the petitioners. They cited *Roundell* v. *Currer,* 6 *Vesey, jun.* 250. *Shortbridge's case,* 12 *Vesey,* 28. and 13 *Vesey,* 92. showing that monies have been paid out of court to the parties, when it was ascertained, as it is here, that the monies asked for will be coming to them, &c.

*T. A. Emmet,* contra.

THE CHANCELLOR directed, that the third part of the proceeds of one third part of the sales of the real estate, in the petition mentioned, be paid to the trustees, and that out of the stock and funds in court, one third part be placed to the credit of the infants, and that 1,000 dollars be paid thereout to their solicitor, towards the past and future expenses of the suit, and that the interest and income of the residue of the said one third part be paid, as it arises, to their mother, for their necessary maintenance and education.

Order accordingly.